

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 7 2005

at 11 o'clock and 30 min. ᴀ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05 00106 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. §§ 846, 841(c)(1) |
| | ) | & 841(c)(2)] |
| STEVEN PAUL ECHOLS, (01) | ) | |
| HOLLY KOLIOPOULOS, (02) | ) | |
| | ) | |
| Defendants. | ) | |

I N D I C T M E N T

The Grand Jury charges that:

Beginning at a date unknown and continuing up to and including March 4, 2005, in the District of Hawaii, defendants, STEVEN PAUL ECHOLS and HOLLY KOLIOPOULOS, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown to the grand jury, to possess iodine, a listed chemical, with the intent

to manufacture a controlled substance, and knowing, or having reasonable cause to believe, that the iodine would be used to manufacture a controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(c)(1) and 841(c)(2).

Dated: March 17, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Steven Paul Echols & Holly Koliopoulos
Indictment
CR. No. CR05 00106 HG

2