EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 5 2005

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00106 HG |
| | ) | |
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. §§ 846, 841(a)(1), |
| | ) | 841(c)(1) and 841(c)(2); |
| STEVEN PAUL ECHOLS,   (01) | ) | |
| HOLLY KOLIOPOULOS,   (02) | ) | |
| ARTHUR KIYOSHI HIDANO,   (03) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

FIRST SUPERSEDING INDICTMENT

The Grand Jury charges:

Count 1

Beginning at a date unknown and continuing up to and

including on or about March 5, 2005, in the District of Hawaii

and elsewhere, defendants STEVEN PAUL ECHOLS and HOLLY

KOLIOPOULOS did knowingly and intentionally combine, conspire,

confederate and agree together and with each other, and with

others known and unknown to the grand jury, to possess iodine, a listed chemical, with the intent to manufacture a controlled substance, and knowing, or having reasonable cause to believe, that the iodine would be used to manufacture a controlled substance.

All in violation of Title 21, United States Code, §§ 846, 841(c)(1) and 841(c)(2).

OVERT ACTS

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following acts, among others, were committed within the District of Hawaii, and elsewhere:

1.  On or about February 16, 2005, defendant STEVEN PAUL ECHOLS placed an online order with Hyder Business Services, Ltd. for 500 grams of iodine crystals with the iodine to be shipped to: Stephen Echols, 45-943 Kamehameha Highway, Suite C-258, Kaneohe, Hawaii.

2.  On or about March 4, 2005, defendant HOLLY KOLIOPOULOS drove to the UPS Store located at 45-943 Kamehameha Highway, Kaneohe, Hawaii.

3.  On or about March 4, 2005, at the UPS store referenced above, defendant KOLIOPOULOS picked up a Royal Mail parcel addressed to Steven Echols which listed the contents as iodine. KOLIOPOULOS signed for the parcel by writing "S. Echols."

All in violation of Title 21, United States Code, Section 846.

Count 2

Beginning at a date unknown and continuing up to and including on or about March 5, 2005, in the District of Hawaii and elsewhere, defendants STEVEN PAUL ECHOLS, HOLLY KOLIOPOULOS and ARTHUR KIYOSHI HIDANO did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown to the grand jury, to manufacture methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 846 and 841(a)(1).

OVERT ACTS

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following acts, among others, were committed within the District of Hawaii, and elsewhere:

1. On or about August 3, 2004, defendant STEVEN PAUL ECHOLS placed an online order with FS Book Company for the following books: "Secrets of Methamphetamine Manufacture", "Total Synthesis II", "Amphetamine Syntheses", "Advanced Techniques of Clandestine Psychedelic & Amphetamine Manufacture" and "Sources."

2. On or about February 16, 2005, defendant STEVEN PAUL ECHOLS placed an online order with Hyder Business Services, Ltd. for 500 grams of iodine crystals with the iodine to be shipped to: Stephen Echols, 45-943 Kamehameha Highway, Suite C-258, Kaneohe, Hawaii.

3

3.  In or about February, 2005, defendant HOLLY KOLIOPOULOS purchased two boxes of cold medicine for defendant ECHOLS to use in the manufacture of methamphetamine.

4.  In or about February, 2005, defendant ARTHUR KIYOSHI HIDANO purchased three boxes of Sudafed from the Long's Drugs store on King Street in Honolulu, Hawaii for defendant ECHOLS to use in the manufacture of methamphetamine.

5.  On or about March 4, 2005, defendant ECHOLS sent an e-mail confirming he had sent payment via Paypal for his online order of one kilogram of red phosphorous.

6.  On or about March 4, 2005, defendant KOLIOPOULOS drove to the UPS Store located at 45-943 Kamehameha Highway, Kaneohe, Hawaii.

7.  On or about March 4, 2005, at the UPS store referenced above, defendant KOLIOPOULOS picked up a Royal Mail parcel addressed to Steven Echols which listed the contents as iodine.  KOLIOPOULOS signed for the parcel by writing "S. Echols."

8.  On or about March 5, 2005, at 94-068 Puanane Loop, Mililani, Hawaii, defendant ECHOLS possessed chemicals, laboratory glassware, air pumps and filters used in the manufacture of methamphetamine.

All in violation of Title 21, United States Code, Section 846.

Count 3

Beginning at a date unknown and continuing up to and including on or about March 5, 2005, in the District of Hawaii, defendant, STEVEN PAUL ECHOLS, did knowingly and intentionally manufacture methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §841(a)(1).

Dated: December 5, 2005, at Honolulu, Hawaii.

                              A TRUE BILL

                                                    /S/
                              _____
                              FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section


MARK A. INCIONG
Assistant U.S. Attorney


United States v. Echols, Koliopoulos & Hidano
First Superseding Indictment
CR. No. 05-00106 HG