# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/20/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR05-00106HG

CASE NAME:       USA v. (01) Steven Paul Echols

ATTYS FOR PLA:   Mark Inciong

ATTYS FOR DEFT:  (01) Myles Breiner

INTERPRETER:

JUDGE:   Kevin S. C. Chang        REPORTER:   FTR C5

DATE:    12/20/2005               TIME:       10:06:45-10:10:36am

COURT ACTION:  EP: A&P to the First Superseding Indictment as to Defendant (01) Steven Echols - defendant present, in custody.

Arraignment waived, plea of Not Guilty Entered as to the First Superseding Indictment

Counsel to keep the Jury Trial date of 1/18/06

Motion for Withdrawal of Not Guilty Plea and to Plead Anew set 1/5/06 at 2:00pm before Judge Kobayashi as to defendant 01

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Steven Echols7.sa.wpd