EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

MARK A. INCIONG, CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00106 HG |
| Plaintiff, | |
| vs. | ORDER FOR DISMISSAL |
| STEVEN PAUL ECHOLS, | |
| Defendant. | |

ORDER FOR DISMISSAL

       Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the First Superseding Indictment against Defendant STEVEN PAUL ECHOLS on the grounds that Defendant entered a guilty plea to the Information in Cr. No. 06-00003 HG and was sentenced on May 11, 2006 to 120 months imprisonment.

       Pursuant to the plea agreement entered into by the Defendant and the United States, the United States agreed to

dismiss the underlying First Superseding Indictment in the above-captioned matter after Defendant was sentenced in CR. No. 06-00003 HG.  Accordingly, the dismissal is in the interests of justice.

        DATED: May 15, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By /s/ Mark A. Inciong
                                 MARK A. INCIONG
                                 Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, May 27, 2006.



                                /s/ Helen Gillmor
                              Chief United States District Judge

UNITED STATES V. ECHOLS
CR. NO. 05-00106 HG
"Order for Dismissal"